ORIGINAL

1 SCHLICHTER & SHONACK, LLP
KURT ANDREW SCHLICHTER, (CA SBN 172385)
2 STEVEN C. SHONACK, (CA SBN 173395)
3601 Aviation Boulevard, Suite 2700
3 Manhattan Beach, CA 90266
Telephone: (310) 643-0111
4 Fax: (310) 643-1638
scs@sandsattorneys.com
5
6 Attorneys for Plaintiffs CarMax Auto
Superstores, California, LLC, and
CarMax Business Services, LLC
7

FILED

08 FEB -7 PM 4: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDC_          DEPUTY

8           **UNITED STATES DISTRICT COURT**

9      **FOR THE SOUTHERN DISTRICT OF CALIFORNIA –**

10                 **SOUTHERN DIVISION**

11

| | |
|---|---|
| 12  CARMAX AUTO SUPERSTORES, | )  Case No. |
| CALIFORNIA, LLC, a California | ) |
| 13  limited liability company, and | )  **'08 CV 0245 LAB POR** |
| CARMAX BUSINESS SERVICES, | ) |
| 14  LLC, a Delaware limited liability | ) |
| company, | )  COMPLAINT FOR DAMAGES: |
| 15 | ) |
| | )  1.  TRADE DRESS |
| 16 | )      INFRINGEMENT; AND |
| 17        Plaintiffs, | )  2.  UNFAIR COMPETITION |
| 18 | ) |
| 19     v. | ) |
| 20 | )  DEMAND FOR TRIAL BY JURY |
| 21  SS & KH CORPORATION, a | ) |
| California corporation d/b/a SAN | ) |
| 22  DIEGO AUTO FINDER, SIAMAK | ) |
| SALAMI, AND HOSSEINI SALAMI, | ) |
| 23 | ) |
| 24 | ) |
| 25        Defendants. | ) |
| 26 | ) |
| 27 _____ | ) |

28

---
1
**COMPLAINT**

# COMPLAINT

Plaintiffs CarMax Auto Superstores, California, LLC ("CarMax") and CarMax Business Services, LLC ("CBS LLC") (collectively "Plaintiffs"), by counsel, hereby file their Complaint against Defendants SS & KH Corporation, d/b/a San Diego Auto Finder ("Auto Finder"), Siamak Salami, and Hosseini Salami (collectively "Defendants").  Plaintiffs respectfully allege as follows:

## SUBJECT MATTER JURISDICTION

1.      This is an action for trade dress infringement and unfair competition arising under the Lanham Act, 15 U.S.C. §§ 1051 et seq., the laws of the state of California, and the common law.

2.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1338(a) because the action arises under an Act of Congress relating to trademarks.  This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1338(b) because the action asserts a claim of unfair competition joined with a substantial and related claim under the trademark laws.  This Court has original jurisdiction over this civil action pursuant to 15 U.S.C. § 1121 because the action arises under 15 U.S.C. ch. 22.   This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because the action arises under the laws of the United States.   This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over all state law and common law claims in this civil action because the state law or common law claims are so related to claims over which this court has original jurisdiction that the state law and common law claims form part of the same case or controversy under Article III of the United States Constitution.

## PERSONAL JURISDICTION

3.    Personal jurisdiction over Defendants is proper because Defendants regularly conduct business in this judicial district as set forth below.

## VENUE

4.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Defendants' principal place of business is within this judicial district, Defendants conduct substantial business activities within this district, and the acts complained of were committed by Defendants in this district.

## PARTIES

5.    Plaintiff CarMax Auto Superstores California, LLC is a California limited liability company with its principal place of business at 12800 Tuckahoe Creek Parkway, Richmond, Virginia, 23238.  At all times relevant to this complaint, CarMax Auto Superstores California, LLC was present and doing business within this judicial district.

6.    Plaintiff CarMax Business Services, LLC ("CBS LLC") is a Delaware limited liability company, with its principal place of business at 12800 Tuckahoe Creek Parkway, Richmond, Virginia, 23238.  At all times relevant to this complaint, CarMax Business Services, LLC was present and doing business within this judicial district.

7.    On information and belief, Defendant Auto Finder is organized under the laws of the state of California with its principal place of business at 4606 Convoy Street, San Diego, California,  92111.  A true and correct copy of the Defendants' business information is attached hereto as Exhibit 1 and is

3

**COMPLAINT**

1  incorporated herein by this reference.  On information and belief, Defendant is a

2  full service used-car dealership that transacts business under the name "San Diego

3  Auto Finder."

4      8.    On information and belief, Defendant Siamak Salami ("Siamak") is a

5  natural person present and doing business in this judicial district.  On information

6  and belief, Defendant Siamak is President of Defendant Auto Finder.  Exhibit 1.

7      9.    On information and belief, Defendant Hosseini Salami ("Hosseini") is

8  a natural person present and doing business in this judicial district.  On

9  information and belief, Defendant Hosseini is Chairman of the Board of Auto

10  Finder.  Exhibit 1.

11      10.    Plaintiffs are informed and believe and thereon allege that each

12  Defendant was and is an agent, employee, officer, partner, owner, successor in

13  interest or transferee of each of the remaining Defendants and was at all times

14  described herein acting within the purpose and scope of such capacity with the

15  actual and/or implied knowledge, permission and/or consent of each of them, and

16  that each Defendant approved and ratified the wrongful conduct of such Defendant

17  who engaged in said conduct.

18      11.    Plaintiffs are informed and believe and allege thereon that defendants

19  SS & KH Corporation, d/b/a San Diego Auto Finder, Siamak Salami and Hosseini

20  Salami are of such unity and ownership between and amongst themselves such

21  that any individuality or separateness between said defendants is a mere shell and

22  sham, without capital, assets, equity, membership, stock, or stockholders and is

23  used as a device to avoid individual liability and for the purpose of substituting

24  financially insolvent business entities in the place of defendants.  Adherence to the

25  fiction of the separate existence of the various defendants as entities distinct from

26  one another would permit an abuse of the corporate privilege and would promote

27  injustice by permitting defendants to escape liability to their creditors.

28

12.     Plaintiffs are informed and believe and thereon allege that each and
every Defendant, and all of them, are responsible in some manner or capacity for
the injuries suffered by Plaintiffs, and that Plaintiffs' damages herein were
proximately caused by said Defendants, and each of them.

## FACTS APPLICABLE TO ALL CLAIMS

13.     CarMax, including its affiliates and subsidiaries, is the nation's
leading specialty retailer of used cars, operating eighty-six automobile superstores
throughout the United States.  In particular, CarMax operates eleven auto
superstores in the state of California.

14.     CarMax also operates six new car franchises which are integrated or
co-located with its used car superstores, including one in California.

15.     CarMax operates numerous repair shops throughout the United
States, which are co-located with its used car superstores, including eight in
California.

16.     Through these superstores, CarMax offers the sale and lease of new
and used vehicles, repair and maintenance services pertaining to vehicles,
warranty services pertaining to vehicles, and other vehicle-related goods and
services.

17.     The products marketed by CarMax are distributed throughout the
United States through the stream of interstate commerce.

18.     CBS LLC owns the intellectual property for CarMax, including the
rights to various CARMAX marks that have been in continuous use since 1993 in
connection with the goods and services provided by CarMax.

19.     CBS LLC is the title owner of U.S. Service Mark Registration No.
1,941,353, which is incontestable, for the mark CARMAX for use in connection
with "retail outlets featuring automobiles and trucks."  A true and correct copy of

1 the service mark registration for the mark CARMAX is attached hereto as Exhibit
2 2 and is incorporated herein by this reference.

3      20.   CBS LLC is the title owner of more than twenty-five additional
4 federally registered marks in the CarMax family of marks, each of which contains
5 the word CARMAX and is used for services related to the sale and lease of new
6 and used vehicles, repair and maintenance services pertaining to vehicles,
7 warranty services pertaining to vehicles, and other related goods and services.  A
8 true and correct copy of the service mark registrations for the additional marks
9 containing the word CARMAX is attached hereto as Exhibit 3 and is incorporated
10 herein by this reference.

11      21.   CarMax Auto Superstores California, LLC is one of the licensees of
12 the CarMax marks.

13      22.   The various CARMAX marks have been used in television and radio
14 commercials, in print advertisements, on the Internet, and in numerous signs,
15 banners, and promotional materials at CarMax locations.

16      23.   In addition, CarMax has used its trade dress since 1993 in connection
17 with its goods and services.  CarMax's trade dress includes, but is not limited to, a
18 blue, white, and yellow color scheme for its marks; for example, the prefix CAR
19 often appears in yellow and the stem MAX in white, both superimposed on a blue
20 background, with yellow dashes under the MAX stem.  A true and correct copy of
21 a photograph exhibiting this is attached hereto as Exhibit 4 and is incorporated
22 herein by this reference.  CBS LLC is the title owner of a federal registration that
23 includes this trade dress, U.S. Service Mark Registration No. 1,959,875, for the
24 color design of the CarMax logo.  A true and correct copy of the service mark
25 registration for CarMax's trade dress is attached hereto as Exhibit 5 and is
26 incorporated herein by this reference.  CarMax has also used a variation of this
27 scheme whereby the same colors are used in different places.

28

**COMPLAINT**

24.    CarMax's trade dress further includes various aspects of its physical locations, including but not limited to use of the registered blue, yellow, and white CARMAX mark and trade dress, blue pyramidal roofs, and square yellow light fixtures in the parking lot, and other variations thereof.  A true and correct copy of a photograph of the CarMax location in San Diego across the street from Defendants is attached hereto as Exhibit 6 and is incorporated herein by this reference.

25.    Like the CARMAX marks, the CarMax trade dress has been used in television and radio commercials, in print advertisements, on the Internet, and in numerous signs, banners, and promotional materials at CarMax locations.

26.    CarMax has invested great time, effort, and resources in the development of a distinctive and well known series of trademarks, service marks, and trade dress—all associated with a reputation for quality used cars at a "no haggle" price—such that its unique goods and services have become widely recognized as emanating from CarMax and as maintaining only the highest quality standards.

27.    CarMax uses and displays these marks and trade dress at its San Diego area and other California locations.

28.    In its operation of Auto Finder, Defendants are selling automobile goods and services that are virtually identical to those of CarMax.

29.    Defendants are selling automobile goods and services under the CarMax trade dress.  Specifically, one sign on Defendants' building contains a mark which includes the name SAN DIEGO AUTO FINDER, with SAN DIEGO in yellow, AUTO FINDER in white, yellow dashes under the AUTOFINDER stem, all on a blue background.  A true and correct copy of a photograph exhibiting this is attached hereto as Exhibit  7 and is incorporated herein by this reference.  Another sign on Defendants' building features the name FREE CARFAX SAN DIEGO AUTO FINDER SUPERSTORE, with FREE in white

7

**COMPLAINT**

1  CAR in yellow, FAX in white, SAN DIEGO AUTO FINDER in yellow, and

2  SUPERSTORE IN WHITE, all on a blue background. A true and correct copy of

3  a photograph exhibiting this is attached hereto as Exhibit 7 and is incorporated

4  herein by this reference. A third sign on Defendants' property includes the text

5  SAN DIEGO AUTO FINDER, with SAN DIEGO in yellow, AUTO FINDER in

6  white, yellow dashes under FINDER, all on a blue background. A true and correct

7  copy of a photograph exhibiting this is attached hereto as Exhibit 8 and is

8  incorporated herein by this reference. Defendants also use square yellow light

9  fixtures in the parking lot of their location, and various blue and yellow banners,

10  and alternating blue and yellow posts on the perimeter of the property. A true and

11  correct copy of a photograph exhibiting this is attached hereto as Exhibit 8 and 9

12  and is incorporated herein by this reference. These uses misappropriate the

13  CarMax trade dress.

14      30.  On information and belief, Carfax did not provide Defendants with

15  the FREE CARFAX SAN DIEGO AUTO FINDER SUPERSTORES sign on

16  Defendants' building.

17      31.  Defendants' property is located across the street from the CarMax

18  location in San Diego, which displays the CARMAX marks and CarMax trade

19  dress. A true and correct copy of a photograph exhibiting this is attached hereto as

20  Exhibit 10 and is incorporated herein by this reference.

21      32.  Defendants' adoption of the CarMax trade dress is intentional,

22  willful, and deliberate.

23      33.  Prior to the construction of the CarMax location, Defendants' sign for

24  SAN DEIGO AUTO FINDER consisted of red lettering on a white background.

25  Defendants did not adopt the CarMax trade dress until after the construction of the

26  CarMax sign, lot, and building bearing that trade dress across the street. A true

27  and correct copy of a photograph exhibiting this is attached hereto as Exhibit 11

28  and is incorporated herein by this reference.

**COMPLAINT**

34.     On information and belief, Defendants installed the square yellow light fixtures at their location after the construction of the CarMax trade dress across the street.  A true and correct copy of a photograph exhibiting this is attached hereto as Exhibit  11 and is incorporated herein by this reference.

35.     On information and belief, Defendants did not use the CarMax trade dress until the construction of the CarMax location across the street.  Exhibit 11.

36.     This use of the CarMax trade dress is identical to or confusingly similar to CarMax's uses of the CARMAX family of marks and the CarMax trade dress.

37.     Defendants do not have license or permission from CarMax to use the CARMAX marks or the CarMax trade dress.

38.     There is a substantial likelihood that consumers will be confused as to the source of the goods and services that Defendants market under the AUTO FINDER mark and Defendants' trade dress.

39.     Further, there is a substantial likelihood that consumers will purchase Defendants' goods or services believing that they are CarMax's goods or services.

40.     Defendants' use of the AUTO FINDER mark in combination with the CarMax trade dress increases the likelihood of confusion that customers will confuse Defendants' goods and services for those of CarMax.

41.     Defendants' conduct has caused numerous instances of actual confusion among customers.

42.     On learning that Defendants were using a mark and trade dress confusingly similar and virtually identical to the CARMAX marks and CarMax trade dress, CarMax sent Defendants a letter, by Federal Express, to put Defendants on notice of its infringing behavior and to demand that it cease.  A true and correct copy of the letter from Henry D.W. Burt, II, Esq., Corporate Counsel to CarMax, to Siamak Salami, President and Registered Agent of SS & KH Corporation (October 8, 2007) is attached hereto as Exhibit 12 and is incorporated

9

**COMPLAINT**

1  herein by this reference.  Defendant responded by letter but did not agree to

2  remove any of the CarMax trade dress.  A true and correct copy of the letter from

3  Kenneth J. Jorgensen, General Manager, San Diego Auto finder, to Henry D.W.

4  Burt, II. Esq. (October 11, 2007) is attached hereto as Exhibit 13 and is

5  incorporated herein by this reference.

6      42.   On information and belief, Defendants' assertion in their letter that

7  they "have used the yellow and blue colors for many years" is false.

8      43.   As a result of Defendants' failure to cease use of CarMax's federally

9  registered trade dress, CarMax was forced to file the instant suit.

10  **FIRST CLAIM**

11  **FOR TRADE DRESS INFRINGEMENT**

12  **(AGAINST ALL DEFENDANTS)**

13

14      44.   Plaintiffs repeat and reallege, as if fully set forth herein, each and

15  every allegation contained in the foregoing paragraphs.

16      45.   This claim arises under 15 U.S.C. § 1125(a) for willful and deliberate

17  infringement of CARMAX's trade dress.

18      46.   This claim also arises under California state law and common law for

19  willful and deliberate infringement of the CARMAX trade dress.

20      47.   CarMax has used its trade dress continuously and in good faith, in

21  connection with the sale and lease of new and used vehicles, with repair and

22  maintenance services pertaining to vehicles, with warranty services pertaining to

23  vehicles, and with other related goods and services, since 1993, well prior to

24  Defendants' adoption of that same trade dress in connection with those same

25  goods and services.

26      48.   Evidence of CarMax's trade dress can be found in Registration No.

27  1,959,875 for the color design of the CarMax logo.  CarMax's trade dress further

28  includes, but is not limited to, the appearance of its physical locations, including

10
**COMPLAINT**

1  various uses of the blue, yellow, and white color scheme, and square yellow light

2  fixtures.

3      49.    The CarMax trade dress is nonfunctional, inherently distinctive, and

4  has acquired secondary meaning.  The public associates the CarMax trade dress

5  with CarMax's goods and services.

6      50.    Defendants are using the CarMax trade dress in connection with

7  goods and services that are similar to, or nearly identical to, those offered by

8  CarMax in connection with its trade dress.

9      51.    Defendants' use of the CarMax trade dress creates a likelihood of

10  confusion, mistake, or deception among consumers, between Defendant's goods

11  and services and those offered by CarMax under its trade dress.

12      52.    Defendants' use of the CarMax trade dress has created numerous

13  instances of actual confusion among consumers.

14      53.    Defendants knew, or should have known by the exercise of

15  reasonable care, that use of the CarMax trade dress in connection with the sale and

16  lease of new and used vehicles, with warranty services pertaining to vehicles, and

17  with other related goods and services, would cause confusion, mistake, or

18  deception among purchasers of automobiles and automobile-related goods and

19  services, as well as the general public.

20      54.    Defendants knew of CarMax's prior use of its trade dress, and

21  intended to induce and did induce, and intends to induce and will induce

22  consumers to purchase Defendants' goods and services by trading off the

23  extensive goodwill built up by CarMax in its trade dress.

24      55.    Defendants' use of the CarMax trade dress in numerous locations on

25  its property, in conjunction with the fact that Defendants adopted this trade dress

26  after the construction of the CarMax location across the street, demonstrates that

27  Defendants' infringement is intentional, deliberate, and willful.

28

**COMPLAINT**

56. To date, Defendants have not ceased use of the CarMax trade dress, in violation of CarMax's legitimate and conclusive rights to the exclusive use of the CarMax trade dress.

57. Defendants' wrongful acts alleged herein violate CarMax's rights under section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and, on information and belief, have been deliberate, willful, and in disregard of CarMax's rights.

58. Defendants' wrongful acts alleged herein violate CarMax's rights protected by the laws of the state of California and the common law.

59. Defendants' wrongful acts alleged herein have permitted or will permit Defendant to earn substantial revenues and profits on the strength of CarMax's extensive advertising, consumer recognition, and goodwill.

60. By reason of Defendants' wrongful acts alleged herein, CarMax has suffered and is continuing to suffer damage to its business, trade, reputation, and goodwill as a result of the erroneous perception that the goods and services of Defendants are affiliated with, sponsored by, approved by, or originate from CarMax.

61. As a result of Defendants' wrongful acts alleged herein, CarMax has suffered and is continuing to suffer irreparable injury. CarMax cannot be adequately compensated for these injuries by damages alone, and CarMax has no adequate remedy at law for Defendants' infringement of its rights. CarMax is entitled to injunctive relief, as well as attorneys' fees.

## SECOND CLAIM

### FOR UNFAIR COMPETITION

### (AGAINST ALL DEFENDANTS)

62. Plaintiffs repeat and reallege, as if fully set forth herein, each and every allegation contained in the foregoing paragraphs.

12

**COMPLAINT**

63.     This claim arises under 15 U.S.C. § 1125(a) for willful and deliberate unfair competition, including false designation of origin and palming off. This claim also arises under the laws of the state of California, including Cal. Bus. & Prof. Code Section 17200, and the common law.

64.     Having constructive, if not actual, knowledge of the prior use of the CarMax trade dress, Defendants continue to use the CarMax trade dress in interstate commerce in connection with goods and services that are similar and related to those offered by CarMax, which tends to falsely describe and represent a false designation of origin with CarMax, and which tends to palm off Defendants' goods and services as affiliated with, sponsored by, approved by, or originating from CarMax.

65.     The CarMax trade dress is valid and enforceable, and has attained secondary meaning such that consumers identify it as originating from Plaintiffs.

66.     Defendants' use of the CarMax trade dress creates a likelihood of confusion in the minds of consumers with Plaintiffs' trade dress.

67.     Defendants' use of the CarMax trade dress has created actual confusion among consumers.

68.     Defendants' use of the CarMax trade dress constitutes an unlawful, unfair, or fraudulent business practice, and/or unfair, deceptive, untrue, and misleading advertising under Cal. Bus. & Prof. Code § 17200.

69.     Defendants' wrongful acts alleged herein constitute unfair competition under federal law, the law of the state of California, and common law, and CarMax has been and will continue to be damaged by such unfair competition, suffering damage to its business, trade, reputation, and good will.

70.     Defendants' use of the CarMax trade dress, and its adoption of that trade dress after the appearance of the CarMax location across the street, demonstrates Defendants' willful and deliberate intent to trade off the goodwill

**COMPLAINT**

1   that CarMax has established in the use of its trade dress in connection with its

2   goods and services.

3       71.    The goodwill of CarMax's business is of enormous value, and

4   CarMax will suffer irreparable harm should Defendants' unfair competition be

5   allowed to continue to the detriment of CarMax's business, trade, reputation, and

6   goodwill.

7       72.    Defendants' unfair competition, false designation of origin, and

8   palming off, on information and belief, have been willful, deliberate, and

9   intentional, and will no doubt continue unless enjoined by this Court.

10   **PRAYER FOR RELIEF**

12   Wherefore, Plaintiffs pray that the Court award the following relief:

13
14     1.    A temporary restraining order and a permanent injunction against

        Defendants as follows:

15
16         (i)    Enjoining Defendants from further commercial use of the

              CARMAX trade dress, either alone or in combination with

17
18               other words, names, or symbols; on or in connection with the

              sale, offer for sale, advertising, and rendering of transportation

19
20               services or any other related services;

21         (ii)    Enjoining Defendants from performing or committing any

22               other acts falsely representing Defendants' goods or services,

23               or which are likely to cause confusion or mistake in the mind of

24               the purchasing public, or lead to purchasers or the trade to

25               believe that Defendants' services or products come from or are

26               the services or products of CarMax, or are somehow sponsored

27               by, associated with, affiliated with, or connected with CarMax,

28

1                  or that there is some relation, association, affiliation, or

2                  connection between CarMax and the Defendants;

3       (iii)   Enjoining Defendants from passing off, or inducing or enabling

4                  others to sell or pass off, Defendants' services or products as

5                  those of CarMax;

6       (iv)   Enjoining Defendants from otherwise unfairly competing with

7                  CarMax, and from any other acts which discourage, dilute, or

8                  destroy the public's recognition of the CARMAX marks and

9                  trade dress for CarMax's goods and services; and

10      (v)   Enjoining Defendants to remove all signage, markings, or

11                 advertising bearing the CARMAX mark or trade dress, or any

12                 name, mark, or trade dress that is substantially or confusingly

13                 similar to that owned or registered by CarMax, from the 4606

14                 Convoy Street, San Diego, California, 92111 property;

15   2.     Issuance of a Writ to the United States Marshall that directs the

16           Marshall to seize and impound all of Defendants' advertising

17           materials used to infringe the CARMAX trade dress, and that all of

18           these items be destroyed;

19   3.     An order from this court, upon final judgment in favor of Plaintiffs,

20           that Defendants' acts be deemed willful and intentional;

21   4.     An award actual, statutory, multiple, and/or punitive damages, plus

22           interest, and an accounting of and disgorgement of Defendants'

23           profits, in an amount to be determined at trial;

24   5.     An order from this Court, upon final judgment in favor of Plaintiffs,

25           that Defendants be required to account to Plaintiffs for its profits and

26           the damages suffered by CarMax as a result of the Defendants'

27           wrongful acts alleged herein;

28   6.     Attorney's fees and costs as allowed by statute; AND

15
**COMPLAINT**

1      7.    Prejudgment and postjudgment interest as allowed by law;

2      8.    Costs of suit herein incurred; AND

3      9.    Such other and further relief as the Court may deem just and proper.

4

5

6    Dated:  February 6, 2008                    Respectfully submitted,

7                                                SCHLICHTER & SHONACK, LLP

8

9                                                _____

10                                               By:  KURT A. SCHLICHTER
                                                       STEVEN C. SHONACK
11                                               Attorneys for Plaintiffs CarMax Auto
12                                               Superstores, California, LLC, and
                                                 CarMax Business Services, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

1

## DEMAND FOR JURY TRIAL

2

3      Plaintiffs CarMax Auto Superstores, California, LLC, and CarMax Business

4  Services, LLC hereby demand a trial by jury as to all claims triable by jury.

5

6  Dated:  February 6, 2008                    Respectfully submitted,

7                                              SCHLICHTER & SHONACK, LLP

8

9                                              *Steven Shonack*

10                                             By:  KURT A. SCHLICHTER
                                                    STEVEN C. SHONACK
11                                             Attorneys for Plaintiffs CarMax Auto
12                                             Superstores, California, LLC, and
                                               CarMax Business Services, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

**BUSINESS TRACKER RECORD**

| | |
|---|---|
| Completed Analysis Date: | 04/27/2007 |
| Database Last Updated: | 08-21-2007 |
| Current Date: | 10/08/2007 |
| Source: | Copyright (c) 2007 by Dun & Bradstreet, Inc. |

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **SS & KH CORPORATION** |
| Business Address: | 4606 CONVOY ST |
| | SAN DIEGO, CA 92111-2310 |
| County: | SAN DIEGO |
| Country: | USA |
| Region: | NORTH AMERICA |
| Business Phone: | 0001-858-279-6862 |
| DUN'S No.: | 84-173-6010 |

### BUSINESS DESCRIPTION

| | |
|---|---|
| Related Name(s): | SAN DIEGO AUTO FINDER |
| SIC Code: | 5521 RET USED AUTOMOBILES |
| Secondary SIC(s): | 5012 WHOL AUTOS/MOTOR VEHICLES |

### EXECUTIVE INFORMATION

| | |
|---|---|
| Executive Name: | SIAMAK SALAMI, PRESIDENT |
| Executive Name: | HOSSEINI SALAMI, CHAIRMAN OF THE BOARD |
| Executive Name: | DOUG FORD, ADMINISTRATOR |

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Int. Cl.: 42

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,941,353
Registered Dec. 12, 1995

### SERVICE MARK
### PRINCIPAL REGISTER

## CARMAX

CIRCUIT CITY STORES WEST COAST, INC.
  (CALIFORNIA CORPORATION)
SUITE 10-A
680 S. LEMON AVENUE
WALNUT, CA 91789 , BY ASSIGNMENT, AS-
  SIGNMENT, AND MERGER WITH ACME
  COMMERCIAL CORPORTION (VIRGINIA
  CORPORATION) GLEN ALLEN, VA 23060

FOR: RETAIL OUTLETS FEATURING
AUTOMOBILES AND TRUCKS, IN CLASS 42
(U.S. CL. 101).
  FIRST USE 9-22-1993; IN COMMERCE
9-22-1993.

  SER. NO. 74-801,650, FILED 6-22-1993.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 3**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Nov 24 04:08:41 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM |

| HELP |

Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: [ ]    OR    Jump to record: [ ]    **30 Records(s) found (This page: 1 ~ 30)**

Refine Search [(carmax)[BI] and (live)[LD]]    Submit

Current Search: S1: (carmax)[BI] and (live)[LD] docs: 30 occ: 62

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78969689 |  | JUST ONE OF THE GAZILLION REASONS TO SHOP AT CARMAX | TARR | LIVE |
| 2 | 78968826 | 3310023 | CARMAX HEALTH & WELLNESS | TARR | LIVE |
| 3 | 78630196 | 3087576 | CARMAX CARES | TARR | LIVE |
| 4 | 78629252 | 3082848 | CARMAX FOUNDATION | TARR | LIVE |
| 5 | 78629249 | 3082847 | THE CARMAX FOUNDATION | TARR | LIVE |
| 6 | 78624982 | 3082766 | THE CARMAX FOUNDATION | TARR | LIVE |
| 7 | 78443816 | 2981183 | CARMAX AUTO FINANCE | TARR | LIVE |
| 8 | 78423599 | 2951855 | CARMAX CERTIFIED VEHICLES | TARR | LIVE |
| 9 | 78421907 | 3044865 | THE CARMAX ADVANTAGE | TARR | LIVE |
| 10 | 78325756 | 2922919 | CARMAX.COM | TARR | LIVE |
| 11 | 78259083 | 2881579 | CARMAX AUCTIONS PERKS | TARR | LIVE |
| 12 | 78259081 | 2881578 | CARMAX AUCTIONS PERKS | TARR | LIVE |
| 13 | 77075119 |  | CARMAX CAR BUYING CENTER | TARR | LIVE |
| 14 | 77188557 |  | CARMAX CARES | TARR | LIVE |
| 15 | 75499884 | 2323178 | CARMAX AUCTIONS | TARR | LIVE |
| 16 | 75380457 | 2301351 | CARMAX CERTIFIED QUALITY INSPECTION | TARR | LIVE |
| 17 | 75241434 | 2134379 | CARMAX SERVICE CENTER | TARR | LIVE |
| 18 | 75078562 | 2092728 | CARMAX | TARR | LIVE |
| 19 | 75078808 | 2104768 | COME TO CARMAX AND DRIVE HOME A BARGAIN | TARR | LIVE |

| 20 | 74801650 | 1941353 | CARMAX | TARR | LIVE |
| 21 | 74585543 | 1959875 | CARMAX THE AUTO SUPERSTORE | TARR | LIVE |
| 22 | 74585542 | 1963876 | CARMAX THE AUTO SUPERSTORE | TARR | LIVE |
| 23 | 74577384 | 1954468 | CARMAX | TARR | LIVE |
| 24 | 74577382 | 2001858 | CARMAX | TARR | LIVE |
| 25 | 74520003 | 1998608 | CARMAX THE AUTO SUPERSTORE | TARR | LIVE |
| 26 | 74520002 | 1929336 | CARMAX THE AUTO SUPERSTORE | TARR | LIVE |
| 27 | 74518323 | 1934822 | CARMAX THE AUTO SUPERSTORE | TARR | LIVE |
| 28 | 74518176 | 2000241 | CARMAX THE AUTO SUPERSTORE | TARR | LIVE |
| 29 | 74413398 | 1947856 | CARMAX | TARR | LIVE |
| 30 | 74405483 | 2032449 | CARMAX | TARR | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  PREV LIST  NEXT LIST  TOP  HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**EXHIBIT 5**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 1,959,875

# United States Patent and Trademark Office

Registered Mar. 5, 1996

## SERVICE MARK
### PRINCIPAL REGISTER



CIRCUIT CITY STORES WEST COAST, INC. (CALIFORNIA CORPORATION)
680 SOUTH LEMON AVENUE
WALNUT, CA 91789

FOR: RETAIL OUTLETS FEATURING AUTOMOBILES AND TRUCKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-22-1993; IN COMMERCE 9-22-1993.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTO SUPERSTORE", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLORS BLUE AND YELLOW WHICH ARE CLAIMED AS FEATURES OF THE MARK.

SER. NO. 74-585,543, FILED 10-14-1994.

KEVIN ELSE, EXAMINING ATTORNEY

EXHIBIT 6





**EXHIBIT 8**





EXHIBIT 10



**EXHIBIT 11**







12800 Tuckahoe Creek Parkway • Richmond, VA 23238

October 8, 2007

*Via Federal Express*

Siamak Salami, President and Registered Agent
SS & KH Corporation
4606 Convoy Street
San Diego, CA 92111

    *Re:*   *Infringement of Rights in CarMax Marks*

Dear Mr. Salami:

    I serve as counsel to CarMax Auto Superstores Inc. ("CarMax"), a licensed motor vehicle dealer in California. CarMax purchases and sells new and used vehicles and provides auto-related services throughout the United States. It has come to our attention that you serve as Registered Agent and President to a company named SS & KH Corporation, d/b/a San Diego Auto Finder ("Auto Finder"), which operates as an automobile dealership located at 4606 Convoy Street, San Diego, CA 9211. A CarMax store is under construction directly across the street on 7766 Balboa Avenue. The style and color scheme of the Auto Finder logo and signage borrow essential components of the trade dress of CarMax. This letter is sent to demand that you cease this infringing conduct.

    CarMax currently operates 84 used car superstores in 38 markets, including nine stores in California. All of CarMax's service marks and trade dress are federally registered with the United States Patent and Trademark Office. CarMax enjoys exclusive rights to the service mark "CARMAX" and numerous variations thereof. Beginning in 1993, CarMax has advertised the various CarMax service marks in television and radio commercials, print advertisements, on the Internet, and in brochures and signs posted at our stores. CarMax has devoted considerable resources to promote the CarMax marks and our company has developed substantial goodwill in the marks.

    Auto Finder adopts the blue, yellow and white color scheme of the CarMax trade dress in a fashion similar to that of CarMax including use of the name "Carfax" on the sign with the identical color scheme and markings of the CarMax mark. The name Carfax is one letter different from the name CarMax and the suffix "max" has the identical five broken dash underline as the CarMax mark. This configuration has and is likely to generate a high degree of confusion among reasonable consumers. Moreover, we conclude that your infringement of CarMax's intellectual property rights is willful, and that it demonstrates an intent to enhance your business by deceiving consumers into believing that your company is affiliated with CarMax.

Siamak Salami, President and Registered Agent
SS & KH Corporation
October 8, 2007
Page 2

In light of the foregoing facts, use of our trade dress is impermissible under the law and unacceptable to CarMax. Without prejudice to CarMax's rights to damages and other relief, we hereby demand that your company immediately cease using the blue, yellow and white trade dress similar to that of CarMax.

I request written confirmation that your company's use of the CarMax trade dress has ceased within fifteen (15) business days of your receipt of this letter. In the event this matter must be resolved through litigation, CarMax reserves the right to seek treble damages, as well as attorneys' fees and costs.

We anticipate your prompt cooperation.

Sincerely,

Henry D.W. Burt II
Corporate Counsel

**EXHIBIT 13**

# San Diego Auto Finder
4606 Convoy St
San Diego, CA. 92111

Via Federal Express                                        Oct 11, 2007

Henry D.W Burt II , Corporate Counsel
CARMAX
12800 Tuckahoe Creek Parkway
Richmond, VA. 23238

   Re:  Infringement of Rights in CarMax Marks

Dear Mr. Burt:

Thank you for your recent letter, it was very informative. We have been located here in the Kearny Mesa area of San Diego for over 20 years; we want nothing but goodwill with our neighbors. We did not mean to infringe on any rights of CarMax and have made a generous effort to remove the "broken dash underline" on our sign connected to the south side of our building. We have used the yellow and blue colors for many years and as CarMax is opening soon across the street from our business we decided to touch up our paint.

The CarFax signs located around our dealership were provided by the CarFax Company. We are participating in a huge CarFax promotion in which we received Signage, window stickers, promotional paperwork, balloons and much more. The CARFAX colors happen to be blue and yellow much like our company's colors. If you would like to contact CARFAX concerning their colors you can reach them by mail at:

5860 Trinity Parkway
Suite 600
Centreville, VA. 20120

Thank you again for your correspondence and we hope to have a healthy relationship with CarMax as a neighbor and competitor for years to come.

Sincerely,

Kenneth J. Jorgensen
General Manager

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 147372    — BH**

**February 07, 2008
15:53:24**

**Civ Fil Non-Pris**
USAO #.: 08CV0245 CIVIL FILING
Judge..: LARRY A BURNS
Amount.:                $350.00 CK
Check#.: BC# 9106

**Total—> $350.00**

FROM: CARMAX V. SS &KH
     CIVIL FILING

♦JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CarMax Auto Superstores, California, LLC, a California limited liability company, and CarMax Business Services, LLC, a Delaware limited

**DEFENDANTS**
SS & KH Corporation, a California corporation d/b/a San Diego Auto Finder, Siamak Salami, and Hosseini Salami

**(b)** County of Residence of First Listed Plaintiff    Richmond City, VA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego, CA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
        LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Steven C. Shonack, Esq., Schlichter & Shonack, LLP, 3601 Aviation Blvd., #2700, Manhattan Beach, CA, 90266

Attorneys (If Known)

'08 CV 0245 LAB POR

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | **PRISONER PETITIONS** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Habeas Corpus:** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 530 General | | |

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## V. ORIGIN    (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Lanham Act, 15 U.S.C. Sections 1051 et seq.
Brief description of cause:
Defendants have willfully infringed plaintiffs' federally registered trade dress.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**  1,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE  2/5/08

SIGNATURE OF ATTORNEY OF RECORD  _Steven Shonack_

**FOR OFFICE USE ONLY**

RECEIPT # 147772    AMOUNT $350    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____