ORIGINAL

FILED

08 FEB -7 PM 4:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _P̶D̶C̶_    DEPUTY

1  SCHLICHTER & SHONACK, LLP
   KURT ANDREW SCHLICHTER, (CA SBN 172385)
2  STEVEN C. SHONACK, (CA SBN 173395)
   3601 Aviation Boulevard, Suite 2700
3  Manhattan Beach, CA 90266
   Telephone: (310) 643-0111
4  Fax: (310) 643-1638
   scs@sandsattorneys.com
5
   Attorneys for Plaintiffs CarMax Auto
6  Superstores, California, LLC, and
   CarMax Business Services, LLC
7

8              UNITED STATES DISTRICT COURT

9        FOR THE SOUTHERN DISTRICT OF CALIFORNIA –

10                   SOUTHERN DIVISION

11

| | |
|---|---|
| 12 CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC, a California limited liability company, and CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> SS & KH CORPORATION, a California corporation d/b/a SAN DIEGO AUTO FINDER, SIAMAK SALAMI, and HOSSEINI SALAMI, <br><br> Defendants. | '08 CV 0245 LAB POR <br><br> PLAINTIFFS CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC AND CARMAX BUSINESS SERVICES, LLC'S STATEMENT OF INTERESTED PARTIES PER F.R.C.P. 7.1(a) |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                              1

     STATEMENT OF INTERESTED PARTIES PER F.R.C.P. § 7.1(a)

1    The undersigned, counsel of record for plaintiffs CARMAX AUTO

2  SUPERSTORES, CALIFORNIA, LLC and CARMAX BUSINESS SERVICES,

3  LLC, certifies that the following listed parties own ten percent or more of stock in

4  plaintiff companies.

5

6

| **Party** | **Connection** |
| --- | --- |
| CarMax Auto Superstores, California, LLC | Plaintiff |
| CarMax Business Services, LLC | Plaintiff |
| CarMax Auto Superstores West Coast, Inc. | Parent entity of Plaintiffs |
| CarMax, Auto Superstores, Inc. | Parent entity of Plaintiffs |
| CarMax, Inc. | Parent entity of Plaintiffs |

13

14  Dated:  February 6, 2008                          Respectfully submitted,

15                                                              SCHLICHTER & SHONACK, LLP

16                                                              *Steve Shonack*

17                                                              _____

18                                                              By:  KURT A. SCHLICHTER
                                                                       STEVEN C. SHONACK
19                                                              Attorneys for Plaintiffs CarMax Auto
20                                                              Superstores, California, LLC, and
                                                                  CarMax Business Services, LLC
21

22

23

24

25

26

27

28

**STATEMENT OF INTERESTED PARTIES PER F.R.C.P. § 7.1(a)**