Summons in a Civil Action (Rev 11/97)

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CarMax Auto Superstores, California, LLC, a California limited liability company, and CarMax Business Services, LLC, a Delaware limited liability company

vs

SS & KH Corporation, a California d/b/a San Diego Auto Finder, Siamak Salami, and Hosseini Salami

SUMMONS IN A CIVIL ACTION

Case No. **08 CV 0245 LAB POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steven C. Shonack, Esq.
Schlichter & Shonack, LLP
3601 Aviation Blvd., Suite 2700
Manhattan Beach, California 90266
Ph: (310) 643-0111  Fx: (310) 643-1638

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.          2/8/08
CLERK                            DATE

By **C. PUTTMANN** Deputy Clerk

Summons in a Civil Action                Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)