```
 1  SCHLICHTER & SHONACK, LLP
    KURT ANDREW SCHLICHTER, (CA SBN 172385)
 2  STEVEN C. SHONACK, (CA SBN 173395)
    3601 Aviation Boulevard, Suite 2700
 3  Manhattan Beach, CA 90266
    Telephone: (310) 643-0111
 4  Fax: (310) 643-1638
    scs@sandsattorneys.com
 5
    Attorneys for Plaintiffs CarMax Auto
 6  Superstores, California, LLC, and
    CarMax Business Services, LLC
 7
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA –

SOUTHERN DIVISION

| | |
|---|---|
| CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC, a California limited liability company, and CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> SS & KH CORPORATION, a California corporation d/b/a SAN DIEGO AUTO FINDER, SIAMAK SALAMI, AND HOSSEINI SALAMI, <br><br> Defendants. | Civil Action No. 08 CV 0245 LAB POR <br><br> <u>JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING</u> <br><br><br> Hon. Larry Alan Burns |

1  Pursuant to CivLR 12.1 of the Local Rules of Practice for United States
2  District Court, Southern District of California, Plaintiffs CarMax Auto
3  Superstores, California, LLC and CarMax Business Services, LLC (collectively
4  "Plaintiffs"), and Defendants SS & KH Corporation, d/b/a San Diego Auto Finder,
5  Siamak Salami and Hosseini Salami (collectively "Defendants"), hereby jointly
6  move for an order extending the time for Defendants to file responses to Plaintiffs'
7  Complaint. The parties jointly request that the deadline for filing Defendants'
8  First Responsive pleading be extended fourteen (14) days, from March 27, 2008 to
9  April 10, 2008.

10  Good cause exists for granting an extension. The parties have recently
11  entered into settlement negotiations and require additional time to finalize the
12  agreement and corresponding settlement documents.

14  Dated: March 24, 2008          SCHLICHTER & SHONACK, LLP

                                   _Steve Shonack_ (signature)
                                   By: STEVEN C. SHONACK
                                   Attorneys for Plaintiffs CarMax Auto
                                   Superstores, California, LLC, and
                                   CarMax Business Services, LLC

21  Dated: March 24, 2008

                                   (signature)
                                   Siamak Salami, President of
                                   SS & KH Corporation d/b/a San
                                   Diego Auto Finder, Defendant

2

1  Dated: March 24, 2008

                                              _____
                                              Siamak Salami, Defendant

5  Dated: March 24, 2008

                                              _____
                                              Hosseini Salami, Defendant

<u>PROOF OF SERVICE</u>

State of California      )
                         ) SS.
County of Los Angeles    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

On the date below, I served the foregoing documents described as JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND ORDER THEREON on all interested parties in this action as follows:

| | |
|---|---|
| SS & KH Corporation<br>c/o Siamak Salami<br>4606 Convoy Street<br>San Diego, CA 92111 | Defendant |
| Siamak Salami<br>4606 Convoy Street<br>San Diego, CA 92111 | Defendant |
| Hosseini Salami<br>4606 Convoy Street<br>San Diego, CA 92111 | Defendant |

I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Manhattan Beach, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

1    08 CV 0132 IEG WMc

CERTIFICATE OF SERVICE OF JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND ORDER THEREON

1  I declare under penalty of perjury under the laws of the State of California
2  and the United States of America that the above is true and correct, and that I am
   employed in the office of a member of the bar of this Court at whose direction the
3  service was made.
4  Executed on March 26, 2008, at Manhattan Beach, California.

_____
MARIA AMAYA

2                                                08 CV 0132 IEG WMc

CERTIFICATE OF SERVICE OF JOINT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING AND ORDER THEREON