# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC, a California limited liability company, and CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company,<br><br>                 Plaintiffs,<br>vs.<br><br>SS & KH CORPORATION, a California corporation d/b/a/ SAN DIEGO AUTO FINDER, SIAMAK SALAMI, and HOSSEINI SALAMI,<br><br>                 Defendants. | CASE NO. 08CV0245-LAB (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>[Dkt No. 7] |

The parties in this action jointly move for an extension of the deadline for defendants to file a responsive pleading, from March 27, 2008 to April 10, 2008. For good cause shown, **IT IS HEREBY ORDERED** the motion is **GRANTED**.

      **IT IS SO ORDERED**.

DATED: March 28, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08CV0245