SCHLICHTER & SHONACK, LLP
KURT ANDREW SCHLICHTER, (CA SBN 172385)
STEVEN C. SHONACK, (CA SBN 173395)
3601 Aviation Boulevard, Suite 2700
Manhattan Beach, CA 90266
Telephone: (310) 643-0111
Fax: (310) 643-1638
scs@sandsattorneys.com

Attorneys for Plaintiffs CarMax Auto
Superstores, California, LLC, and
CarMax Business Services, LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA –

# SOUTHERN DIVISION

| | |
|---|---|
| CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC, a California limited liability company, and CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company,<br><br>     Plaintiffs,<br><br>     v.<br><br>SS & KH CORPORATION, a California corporation d/b/a SAN DIEGO AUTO FINDER, SIAMAK SALAMI, AND HOSSEINI SALAMI,<br><br>     Defendants. | Case No. 08 CV 0245 LAB POR<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

1                                                          08 CV 0245 LAB POR
NOTICE OF SETTLEMENT OF ENTIRE ACTION

1  NOTICE IS HEREBY GIVEN that a settlement has been reached <u>as to all
2  parties and claims</u> in the above-entitled action.  The parties anticipate filing a joint
3  motion for dismissal of the entire action, as to all parties and all claims, within four
4  weeks.

6  Dated: April 10, 2008                    SCHLICHTER & SHONACK, LLP

8                                              /s/ - Steven C. Shonack
9                                           By:  STEVEN C. SHONACK
                                            Attorneys for Plaintiffs CarMax Auto
10                                          Superstores, California, LLC, and
11                                          CarMax Business Services, LLC

## PROOF OF SERVICE

State of California      )
                         ) SS.
County of Los Angeles    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

On the date below, I served the foregoing documents described as **NOTICE OF SETTLEMENT OF ENTIRE ACTION** on all interested parties in this action as follows:

| | |
|---|---|
| SS & KH Corporation<br>c/o Siamak Salami<br>4606 Convoy Street<br>San Diego, CA 92111 | Defendant |
| Siamak Salami<br>4606 Convoy Street<br>San Diego, CA 92111 | Defendant |
| Hosseini Salami<br>4606 Convoy Street<br>San Diego, CA 92111 | Defendant |

I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Manhattan Beach, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

1   I declare under penalty of perjury under the laws of the State of California
2   and the United States of America that the above is true and correct, and that I am
3   employed in the office of a member of the bar of this Court at whose direction the
    service was made.
4
5   Executed on April 10, 2008, at Manhattan Beach, California.

    _____
    MARIA AMAYA