SCHLICHTER & SHONACK, LLP
KURT ANDREW SCHLICHTER, (CA SBN 172385)
STEVEN C. SHONACK, (CA SBN 173395)
3601 Aviation Boulevard, Suite 2700
Manhattan Beach, CA 90266
Telephone: (310) 643-0111
Fax: (310) 643-1638
scs@sandsattorneys.com

Attorneys for Plaintiffs CarMax Auto
Superstores, California, LLC, and
CarMax Business Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA –

## SOUTHERN DIVISION

| | |
|---|---|
| CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC, a California limited liability company, and CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company, | Case No. 08 CV 0245 LAB POR<br>Assigned to: Hon. Larry Alan Burns<br><br>**MOTION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| Plaintiffs, | |
| v. | |
| SS & KH CORPORATION, a California corporation d/b/a SAN DIEGO AUTO FINDER, SIAMAK SALAMI, AND HOSSEINI SALAMI, | |
| Defendants. | |

1                    08 CV 0245 LAB POR

**MOTION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

1    Plaintiffs CarMax Auto Superstores, California, LLC, and CarMax Business
2  Services, LLC hereby moves the Court for an order that the entire above-captioned
3  action, as to all parties and claims asserted therein, be dismissed without prejudice
4  pursuant to a settlement agreement that has been reached between all parties.  No
5  responsive pleading has been filed by any defendant to the action.

6

7  Dated:  April 22, 2008                    SCHLICHTER & SHONACK, LLP

8

9                                           ____/s/ - Steven C. Shonack_____
10                                          By:  STEVEN C. SHONACK
11                                          Attorneys for Plaintiffs CarMax Auto
                                            Superstores, California, LLC, and
12                                          CarMax Business Services, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                2                    08 CV 0245 LAB POR

**MOTION FOR DISMISSAL OF ENTIRE ACTION WITHOUT
28                                PREJUDICE**

<u>PROOF OF SERVICE</u>

State of California          )
                             ) SS.
County of Los Angeles        )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

     On the date below, I served the foregoing documents described as **MOTION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** on all interested parties in this action as follows:

     SS & KH Corporation          Defendant
     c/o Siamak Salami
     4606 Convoy Street
     San Diego, CA 92111

     Siamak Salami                Defendant
     4606 Convoy Street
     San Diego, CA 92111

     Hosseini Salami              Defendant
     4606 Convoy Street
     San Diego, CA 92111

     I served the foregoing document by U.S. Mail, as follows:  I placed true copies of the document in a sealed envelope addressed to each interested party as shown above.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Manhattan Beach, California.  I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

                                        3                        08 CV 0245 LAB POR
**MOTION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

1       I declare under penalty of perjury under the laws of the State of California

2 and the United States of America that the above is true and correct, and that I am

3 employed in the office of a member of the bar of this Court at whose direction the

service was made.

4

5       Executed on April 22, 2008, at Manhattan Beach, California.

6

7                           MARIA AMAYA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     **4**               08 CV 0245 LAB POR

NOTICE OF SETTLEMENT OF ENTIRE ACTION