# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC, a California limited liability company, and CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>SS & KH CORPORATION, a California corporation d/b/a/ SAN DIEGO AUTO FINDER, SIAMAK SALAMI, and HOSSEINI SALAMI,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08CV0245-LAB (POR)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Dkt No. 10] |

Plaintiffs move for dismissal of this action in its entirety as to all claims and all parties, without prejudice, pursuant to the parties' settlement agreement. As defendant has filed no answer or motion for summary judgment, plaintiffs need only file have filed a Notice of dismissal. FED.R.CIV.P. 41(a)(1)(A)(i). **IT IS HEREBY ORDERED** the motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: April 23, 2008

　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　United States District Judge